UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AUDREY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, d/b/a AMTRAK, *et al.*, )<br>)<br>Defendants. | Case No. 2:12-CV-016 JD |

**OPINION AND ORDER**

This matter is before the Court on Plaintiff's Motion for Sanctions. [DE 122]. This Court

referred the motion to Magistrate Judge Cherry, who filed a Report and Recommendation on

October 9, 2014, recommending that the motion be denied. [DE 167]. After referring a

dispositive motion to a magistrate judge, a district court has discretion to accept, reject, or

modify, in whole or in part, the findings or recommendations of the magistrate judge. 28 U.S.C.

§ 636(b)(1). Consistent with Federal Rule of Civil Procedure 72(b), the district court must

undertake a de novo review "only of those portions of the magistrate judge's disposition to

which specific written objection is made." *See Johnson v. Zema Sys. Corp*., 170 F.3d 734, 739

(7th Cir. 1999) (citing *Goffman v. Gross*, 59 F.3d 668, 671 (7th Cir. 1995)). If no objection or

only a partial objection is made, the court reviews those unobjected portions for clear error. *Id*.

Under the clear error standard, a court will only overturn a magistrate judge's ruling if the court

is left with "the definite and firm conviction that a mistake has been made." *Weeks v. Samsung*

*Heavy Indus. Co., Ltd.*, 126 F.3d 926, 943 (7th Cir.1997).

The time for objections to the Report and Recommendation has now passed, and no party

has objected, so this Court's review is for clear error. Having reviewed the Report and

Recommendation and finding no clear error therein, the Court ADOPTS the Report and

Recommendation [DE 167] in its entirety. Plaintiff's motion for sanctions [DE 122] is DENIED.

SO ORDERED.

ENTERED: October 30, 2014

/s/ JON E. DEGUILIO
Judge
United States District Court